UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

SAMANTHA STANLEY,

    Plaintiff,

    v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.

Civil No. 07-924-HA

JUDGMENT

Based on the record,

IT IS ORDERED AND ADJUDGED that the final decision of the Commissioner denying plaintiff Samantha Stanley's application for benefits is AFFIRMED.

Dated this __8__ day of December, 2008.

                                        /s/ ANCER L. HAGGERTY
                                          ANCER L. HAGGERTY
                                      UNITED STATES DISTRICT JUDGE